UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.: 2:20-cr-134-SPC-MRM

MARVIN HARRIS, JR.

_____

## SECOND PRELIMINARY ORDER OF FORFEITURE [1]

Before the Court, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the

Federal Rules of Criminal Procedure, is the United States' Motion for a Second

Preliminary Order of Forfeiture filed December 29, 2021 (Doc. 279) for the

following assets seized on October 20, 2020 from within the residence located

at 8622 Gaillard Avenue:

  **a.  an 18k gold Datejust Rolex;**

  **b.  a 10k gold Cuban Link bracelet; and**

  **c.  a 10k gold Cuban Link chain.**

The defendant pleaded guilty to conspiracy to distribute and possess

with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846

and 841(a)(1), and the Court adjudged him guilty of this offense.

_____

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

On December 20, 2021, the Court granted the United States Motion for (first) Preliminary Order of Forfeiture (Doc. 278).

Because the United States is entitled to forfeit the property, the Court **GRANTS** the United States' Motion for a Second Preliminary Order of Forfeiture (Doc. 279).  Pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on January 11, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record